UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00107 |
| | ) JUDGE NIXON |
| NICOLAS RIVAS-MICHEL | ) |

## MOTION TO CONTINUE TRIAL

**NOW COMES** the defendant, Nicholas Rivas-Michel, who, through undersigned counsel, respectfully requests that this Honorable Court enter an order granting his motion for a continuance of the trial scheduled for April 9, 2013. Counsel for Mr. Rivas-Michel believes this case will be resolved without the necessity of trial. A waiver of speedy trial has heretofore been filed in this case.

**WHEREFORE**, for the reasons stated herein, defendant Rivas-Michel respectfully requests that the trial be continued for a period of at least one (1) week.

*[Handwritten: Granted. Reset for April 16, 2013 at 10:00 a.m. /s/ J.T.N.]*

Respectfully submitted,

s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Nicolas Rivas-Michel

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2013, I electronically filed the foregoing Motion to Continue Trial with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Lynne T. Ingram, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203

s/ Mariah A. Wooten
Mariah A. Wooten